HIRAM GOODRICH, Respondent, v. FREDERICK M. WHEELER et al., Commissioners, etc., Appellants.

JOHN MITCHELL, Respondent, v. THE SAME, Appellants.

DAVID MAYDOLE, Respondent, v. THE SAME, Appellants.

FREDERICK F. HALL, Respondent, v. THE SAME, Appellants.

THE FIRST NATIONAL BANK OF BERLIN, Respondent, v. THE SAME, Appellants.

THEODORE D. MILLER, Respondent, v. THE SAME, Appellants.

BANK OF CHENANGO, Respondent, v. THE SAME, Appellants.

THESE cases presented the same question, and were argued and decided with *The First National Bank of Oxford* v. *Wheeler* (*ante*, p. 201).

———————

ELIZABETH BAGGERLY, Respondent, v. THE FARMERS' JOINT STOCK INSURANCE COMPANY, Appellant.

(Argued November 22, 1877; decided January 22, 1878.)

*D. Pratt* for appellant.

*H. L. Comstock* for respondent.

EARL, J., reads for reversal and new trial; RAPALLO, J., concurs on first ground; ANDREWS, J., concurs in result; CHURCH, Ch. J., ALLEN and MILLER, JJ., agree to affirm without opinion; FOLGER, J., concurs on authority of *Owen* v. *F. J. S. Ins. Co.* (57 Barb., 518, affirmed in Court of Appeals, but not reported).

Judgment affirmed.